# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYRICK MILLER,<br><br>          Petitioner,<br>   v.<br><br>JACK FOX, Warden,<br><br>          Respondent. | Case No. CV 15-06888 DMG (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file and the Final Report and Recommendation of United States Magistrate Judge. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) the Final Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered denying the Petition and dismissing the action with prejudice.

DATED: April 28, 2017

                                          _____
                                          DOLLY M. GEE
                                     UNITED STATES DISTRICT JUDGE