# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYRICK MILLER, | Case No. CV 15-06888 DMG (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JACK FOX, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 28, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE